CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

3:16 cr 70 DPJLRA

CITY: _____

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

COUNTY: Hinds

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: FNU, LNU a/k/a "Spencer"

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP -7 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  John Meynardie   BAR # 9912

INTERPRETER:  X  NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1   ____ PETTY   ____ MISDEMEANOR   1  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1    21:846=CD.F | 21 USC § 846 | Conspiracy to Possess With Intent to Distribute a Controlled Substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 8/28/16          SIGNATURE OF AUSA: _____

(Revised 2/26/10)